IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIKE FARIS AUTO SALES,
MIKE FARIS d/b/a/, a/k/a MIKE
FARIS AUTO WHOLESALE LTD., CO.,

      Plaintiffs,

vs.                                                                                         No. CIV 12-1323 JB/LFG

COLONY INSURANCE COMPANY
and DOLAN & ASSOCIATES, P.C.,

      Defendants,

and

DOLAN & ASSOCIATES, P.C.,

      Cross-Claimant,

vs.

COLONY INSURANCE COMPANY,

      Cross-Defendant.

## ORDER

      **THIS MATTER** comes before the Court on: (i) the Plaintiff's, Mike Faris Auto Sales, Mike Faris d/b/a/ Mike Faris Auto Wholesale Ltd., Motion to Remand, filed February 5, 2013 (Doc. 23)("Motion to Remand"); and (ii) the Plaintiff's Stipulation of Fact, filed September 27, 2013 (Doc. 38). The Court held a hearing on September 23, 2013. The Plaintiffs having stipulated that they will not seek recovery in excess of the jurisdictional amount under 28 U.S.C. § 1332(a), and orally agreed at the hearing that the Court can and should now remand the case, the Court will grant the Motion to Remand.

**IT IS ORDERED** that the Plaintiff's, Mike Faris Auto Sales, Mike Faris d/b/a/ Mike Faris Auto Wholesale Ltd., Motion to Remand, filed February 5, 2013 (Doc. 23), is granted.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Steven C. Henry
Corrales, New Mexico

--and--

Steven J. Vogel
Henry & Vogel
Corrales, New Mexico

 *Attorneys for the Plaintiffs*

James H. Johansen
Geoffrey D. White
Butt Thornton & Baehr, PC
Albuquerque, New Mexico

 *Attorneys for Defendant and Cross-Defendant Colony Insurance Company*

Daniel R. Dolan, II
Dolan & Associates, P.C.
Albuquerque, New Mexico

 *Attorney for Defendant and Cross-Claimant Dolan & Associates, P.C.*