IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIKE FARIS AUTO SALES,
MIKE FARIS d/b/a/, a/k/a MIKE
FARIS AUTO WHOLESALE LTD., CO.,

       Plaintiffs,

vs.                                                                                            No. CIV 12-1323 JB/LFG

COLONY INSURANCE COMPANY
and DOLAN & ASSOCIATES, P.C.,

       Defendants,

and

DOLAN & ASSOCIATES, P.C.,

       Cross-Claimant,

vs.

COLONY INSURANCE COMPANY,

       Cross-Defendant.

## FINAL JUDGMENT

Having granted the Plaintiff's, Mike Faris Auto Sales, Mike Faris d/b/a/ Mike Faris Auto Wholesale Ltd., Motion to Remand, filed February 5, 2013 (Doc. 23)("Motion to Remand"), on the basis of the Plaintiffs' representation in the Plaintiff's Stipulation of Fact, filed September 27, 2013 (Doc. 38), that they will not seek recovery in excess of the jurisdictional amount under 28 U.S.C. § 1332(a), and the parties' oral agreement at the hearing that the Court can and should now remand the case,

       **IT IS ORDERED** that final judgment is entered in this case and that it is remanded to the

Second Judicial District, County of Bernalillo, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Steven C. Henry
Corrales, New Mexico

--and--

Steven J. Vogel
Henry & Vogel
Corrales, New Mexico

 *Attorneys for the Plaintiffs*

James H. Johansen
Geoffrey D. White
Butt Thornton & Baehr, P.C.
Albuquerque, New Mexico

 *Attorneys for Defendant and Cross-Defendant Colony Insurance Company*

Daniel R. Dolan, II
Dolan & Associates, P.C.
Albuquerque, New Mexico

 *Attorney for Defendant and Cross-Claimant Dolan & Associates, P.C.*